

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re James S. Plato

Appellate case number:   01-14-00388-CV

Trial court case number:   07-DCV-156754

Trial court:                        434th District Court of Fort Bend County

       The Court **REQUESTS** a response to the petition for writ of mandamus from Real Party in Interest, Elisa A. Plato.  The response, if any, should be filed by May 28, 2014.

       It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                X  Acting individually     ☐  Acting for the Court


Date:  May 15, 2014